IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TIFINY DAWN BRINER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:24-CV-0513-K |
| | § | |
| JOSHUA INDEPENDENT SCHOOL | § | |
| DISTRICT, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant Joshua Independent School District's Motion to Dismiss Plaintiff's Original Complaint (the "Motion") (Doc. No. 8).  Plaintiff Tifiny Dawn Briner filed a Response to Defendant's Rule 12(b)(6) Motion to Dismiss (the "Response") (Doc. No. 11).  Defendant did not file a reply in further support.  The Court has carefully considered the Motion, the Response, the relevant portions of the record, and the applicable law.  Having taken the well-pleaded facts as true and viewing those in the light most favorable to Plaintiff, the Court concludes that Plaintiff pleaded her claims with facial plausibility as the "factual content . . . allows the court to draw the reasonable inference that the defendant is liable." *Aschcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *see also Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007).  Because

ORDER – PAGE 1

Plaintiff has sufficiently stated her claims, the Court **DENIES** Defendant's Motion to Dismiss. *See* FED. R. CIV. P. 12(b)(6).

      **SO ORDERED.**

      Signed July 31st, 2024.

                ED KINKEADE
                UNITED STATES DISTRICT JUDGE

ORDER – PAGE 2