IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TIFINY DAWN BRINER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:24-cv-513-K |
| | § | |
| JOSHUA INDEPENDENT SCHOOL DISTRICT, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff's Objections are **OVERRULED.**

The Court therefore **GRANTS IN PART and DENIES IN PART** Defendant Joshua Independent School District's motion to strike Plaintiff Tifiny Dawn Briner's summary-judgment evidence [Dkt. No. 42] to the extent that the Court **DENIES** the motion to strike as submitted and instead has treated it as objections accounted for in considering Defendant's motion for summary judgment.

The Court also **GRANTS IN PART and DENIES IN PART** Defendant's motion for summary judgment [Dkt. No. 36] to the extent that Defendant is **GRANTED** summary judgment on all Plaintiff's claims but for her claim of retaliation under the Americans with Disabilities Act and **DENIED** summary judgment on its affirmative defenses of res judicata and collateral estoppel.

SO ORDERED.

Signed November 18th, 2025.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE